The court also finds that service of the motion was made on Priority Trustee Services and its registered agent, and that no response was filed. The court therefore considers that there is no opposition to the relief requested. E.D. Tenn. LBR 7007-1(a).



**SO ORDERED.**
**SIGNED this 20th day of October, 2020**

*Shelley D. Rucker*
Shelley D. Rucker
CHIEF UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| Joe C. Cawood | ) | Chapter 13 |
|     Debtor. | ) | Case No. 1:14-bk-13504-SDR |
| | ) | |
| **Joe C. Cawood** | ) | |
|     **Plaintiff,** | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No. 1:15-ap-01116-SDR** |
| **Seterus, Inc.,** | ) | |
| **SunTrust Mortgage Inc.,** | ) | |
| **Priority Trustee Services of TN, LLC,** | ) | |
| **Federal National Mortgage Association, and** | ) | |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | ) | |
|     **Defendants** | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ANSWERS AND DEFENSIVE PLEADINGS OF DEFENDANT PRIORITY TRUSTEE SERVICES OF TN, LLC AND ENTER DEFAULT JUDGMENT**

_____

Before this Court is Plaintiff Joseph C. Cawood ("Debtor" or "Plaintiff")'s, Motion to

Strike the Answers and Defensive Pleadings of Defendant Priority Trustee Services of TN, LLC

and Enter Default Judgment (the "Motion"). The Court has reviewed all material facts in this case

pertaining to Defendant Priority Trustee Services of TN, LLC and there being no response to this Motion by the Defendant Priority Trustee Services of TN, LLC, accordingly, it is hereby

ORDERED that the Plaintiff's Motion to is hereby GRANTED.  It is further

ORDERED that the Answers and defensive pleadings of the Defendant Priority Trustee Services of TN, LLC are hereby stricken from the record.  It is further

ORDERED for the Clerk to enter a default judgment in favor of the Plaintiff against the Defendant Priority Trustee Services of TN, LLC.

# # #

APPROVED FOR ENTRY:

RICHARD BANKS & ASSOCIATES, PC

By: /s/ Richard L. Banks_____
          Richard L. Banks (BPR No. 000617)
393 Broad Street NW
P.O. Box 1515
Cleveland, TN  37364
P: (423) 479-4188
F: (423) 478-1175
rbanks@rbankslawfirm.com
*Counsel for the Plaintiff*